BEFORE THE THIRD DIVISION, NOVEMBER 28, 1952

**No. 56950.**—Alfred Dunhill of London, Inc. *v.* United States, protests 134143–K, etc. (New York).

Opinion by EKWALL, J.    In accordance with stipulation of counsel that certain items of the merchandise consist of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 56951.**—Transcontinental Seed, Inc. *v.* United States, protests 161753–K, etc. (New York).

Opinion by EKWALL, J.    In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc.* (*Alltransport, Incorporated*) v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

NOVEMBER 26, 1952

**No. 56952.**—Oxford University Press, New York, Inc. *v.* United States, protest 94630–K.— —C. D. 1467. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, DECEMBER 2, 1952

**No. 56953.**—Multichrome, Inc. *v.* United States, protest 190024–K (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiff was sustained.